Petition for Writ of Mandamus Denied and Opinion filed June 5, 2003












Petition for
Writ of Mandamus Denied and Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00593-CV

____________

 

IN RE KENNETH RICHARD ALLISON & GISELLE VERNETTE ALLISON, Relators

 

____________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On May 22, 2003, relators
filed an “Objection in the Nature of a Writ of Error,” complaining about an
order of the 151st District Court.  We
construe relators’
filing to be a petition for writ of mandamus.  Tex. Gov’t. Code Ann. § 22.221 (Vernon Supp. 2003); Tex. R. App. P. 52. 

            We deny relator’s
petition for writ of mandamus.

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed June 5, 2003.

Panel consists of Justices Anderson,
Seymore, and Guzman.